IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| DERRY BOBBY GRIER, | ) | CASE NO. 24-58315-BEM |
| Debtor. | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | _____ |
| | ) | |
| U.S. BANK TRUST NATIONAL | ) | CONTESTED MATTER |
| ASSOCIATION, NOT IN ITS | ) | |
| INDIVIDUAL CAPACITY BUT | ) | |
| SOLELY AS TRUSTEE of LSF | ) | |
| MASTER PARTICIPATION TRUST AS | ) | |
| SERVICED BY FAY SERVICING LLC, | ) | |
| | ) | |
| Movant. | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| DERRY BOBBY GRIER, | | |
| Debtor. | | |

NOTICE OF HEARING

PLEASE TAKE NOTICE that U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE of LSF MASTER PARTICIPATION TRUST AS SERVICED BY FAY SERVICING, LLC has filed a Motion to Withdraw the Proof of Claim and related papers with the Court seeking an order modifying the automatic stay.

PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on the Motion at 10:00 a.m. on December 4th, 2024 in at the United States Courthouse, **Courtroom 1402, U.S. Courthouse, 75 Ted Turner Drive SW Atlanta, Georgia 30303** which may be attended in person or via the Court's Virtual Hearing Room.

You may join the Virtual Hearing Room through the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourts.gov, or the link on the judge's webpage, which can also be found on the Court's website. Please also review the "Hearing Information" tab on the judge's

webpage for further information about the hearing. You should be prepared to appear at the hearing via video, but you may leave your camera in the off position until the Court instructs otherwise. Unrepresented persons who do not have video capability may use the telephone dial-in information on the judge's webpage.

If you do not want the Court to allow withdrawal of the claim, or if want the Court to consider your views on the Motion then on or before Monday, November 25, 2024, you or your attorney must file with the court a written objection explaining your position. You may file a written response to the pleadings with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk before the hearing. The address of the Clerk's Office is Clerk, U.S. Bankruptcy Court, 75 Ted Turner Drive SW Atlanta, Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

If you or your attorney do not take these steps, the court may decide that you do not oppose an order allowing withdrawal of the claim and may enter an order granting that relief.

Dated this      November 4, 2024
_____

/s/Maria Tsagaris
Maria Tsagaris, GEORGIA BAR NO. 143071
Attorney for Movant
McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama Road
Roswell, Georgia 30076
678-281-6532
Maria.Tsagaris@mccalla.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE |
| | ) | |
| DERRY BOBBY GRIER, | ) | NO.: 24-58315-BEM |
| | ) | |
| Debtor. | ) | CHAPTER 13 |
| | ) | |
| | ) | |
| | ) | |

MOTION TO WITHDRAW PROOF OF CLAIM NO. 10

COMES NOW U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust as serviced by Fay Servicing, LLC (herein, "Movant"), a secured creditor holding a Security Deed against the real property commonly known as 6890 Glen Cover Ln, Stone Mountain, GA 30087 (the "Property"), and for the reasons stated below Creditor respectfully requests to withdraw Claim No. 10 filed on October 9, 2024 (the "Claim") pursuant to Fed.R.Bankr.P. 3006.

1.

This Property was foreclosed on December 6, 2022 (the "Foreclosure Sale"). (See Exhibit A, Deed Under Power). This Foreclosure Sale was not precluded by any bankruptcy stay due to Order Granting Stay Relief ("Order") filed in Debtor's previous bankruptcy case filing, Case No. 22-55036- BEM (See Exhibit B) entered on March 16, 2022. This Order was recorded in the Dekalb County and the Order states that it is binding in any other case under Title 11 purporting to affect the Property for a period of two (2) years from the entry of the Order.

2.

As the Property was foreclosed upon and it is not property of this bankruptcy estate Movant prays that the Court will:

1. Allow Movant withdraw Claim No. 10;

2. Grant such other and further relief as is just and equitable.

*/s/ Maria Tsagaris*
Maria Tsagaris
GA BAR NO. 143071
Attorney for Creditor
McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama Road
Roswell, GA 30076
Maria.Tsagaris@mccalla.com

| | |
|---|---|
| In Re:<br>    Derry Bobby Grier | Bankruptcy Case No.: 24-58315-BEM<br><br>Chapter: 13<br><br>Judge: Barbara Ellis-Monro |

## CERTIFICATE OF SERVICE

I, Maria Tsagaris, of MCCALLA RAYMER LEIBERT PIERCE, LLC, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I served a copy of the within MOTION TO WITHDRAW PROOF OF CLAIM NO. 10 filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Derry Bobby Grier, PRO SE
6890 Glen Cove Lane
Stone Mountain, GA 30087

K. Edward Safir
Standing Chapter 13 Trustee          *(served via ECF Notification)*
Suite 1600
285 Peachtree Center Ave. NE
Atlanta, GA 30303

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:   November 4, 2024      By:   */s/ Maria Tsagaris*
                (date)                   Maria Tsagaris
                                                    GA BAR NO. 143071
                                                    Attorney for Creditor